WALTER JENNERY, Respondent, *v.* AARON B. OLMSTEAD et al., Appellants.

(Argued March 24, 1887; decided April 19, 1887.)

*Matthew Hale* and *Edward Fitch Bullard* for appellants.

*Edgar T. Brackett* for respondent.

Agree to affirm on opinion below.

All concur, except RUGER, Ch. J., not voting, and PECK-HAM, J., taking no part.

Judgment affirmed.